# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BHARATT DIAL,**

                    **Plaintiff,**

vs.                                         **Case No. 8:08-cv-805-T-27TBM**

**MICHAEL J. ASTRUE,**
**Commissioner of the United States**
**Social Security Administration,**

                    **Defendant.**

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 26) submitted by the Magistrate Judge recommending that the decision of the Commissioner of the United States Social Security Administration denying Plaintiff's application for Social Security disability insurance benefits be affirmed. Dial has filed objections (Dkt. 27) to the Report and Recommendation.

Upon careful consideration of the Report and Recommendation in conjunction with an independent review of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court agrees with the Magistrate Judge's thorough and well-reasoned determination that the Commissioner's decision comports with applicable legal standards and is supported by substantial evidence.

Accordingly, it is **ORDERED AND ADJUDGED** that

1)     Plaintiff's objections (Dkt. 27) are overruled.

2)     The Report and Recommendation (Dkt. 26) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review.

3)     The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED.**

4)    The Clerk is directed to **ENTER FINAL JUDGMENT** in favor of Defendant consistent with 42 U.S.C. § 405(g) and to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida, on this *16*ᵗʰ day of February, 2010.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record